# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-3084
_____

KEITH CHRISTOPHER JOHNSON,

    Appellant,

v.

RETIA KELLY and CHARLES P.
JOHNSON,

    Appellees.

_____


On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

August 7, 2018


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Candice K. Brower, Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Gainesville; Robert Keep, Jr., Supervising Attorney for Regional Conflict Counsel, Jacksonville; and Gertrude I. Kehne, Susan Barber, and Crystal McBee Frusciante, Assistant Regional Conflict Counsels, Office of Criminal Conflict & Civil Regional Counsel, Green Cove Springs, Tallahassee, and Sunrise, for Appellant.

No appearance for Appellees.